*Please seal case*
due to the
nature being medically related

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

Northern
District
for the

District of New York

Division

|  |  |  |
|---|---|---|
| Valerie Flores | ) | Case No.  1:25-cv-1819 (AJB/PJE) |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| Northshore University Health System/ | ) | |
| Northwest Community Hospital / | ) | |
| unknown patient last name - David | ) | |
| unknown patient last name - Marco | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Valerie Flores |
| Street Address | PO Box 1110 ACP 5749 |
| City and County | Albany (Albany) |
| State and Zip Code | NY 12201 |
| Telephone Number | 838-265-4961 |
| E-mail Address | |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Northshore University Health System/
Northwest Community Hospital
800 Central Road
Arlington Heights
IL 60005
847-618-1000

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Unknown patient last name - David

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

unknown patient last name - Marco

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

2 nurses - hispanic male & Gigi

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 US Code §1692 (d), 22 USC 2756 (doctor was foreign)
18 US Code § 2241A, 42 USC 11131, 18 USC Ch. 47

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* Valerie Flores , is a citizen of the State of *(name)* New York .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual  Northwest Community Hospital

   The defendant, *(name)* Northshore University Health , is a citizen of the State of *(name)* Illinois . Or is a citizen of *(foreign nation)* USA .

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation *unknown hispanic male nurse*

The defendant, *(name)* *unknown patient last name - David Marco*; is incorporated under

the laws of the State of *(name)* _Illinois_ , and has its

principal place of business in the State of *(name)* _Illinois_ .

Or is incorporated under the laws of *(foreign nation)* _USA_ ,

and has its principal place of business in *(name)* _Illinois_ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$4 million in punitive damages

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Arlington Heights, IL (spring 2023, but the stalking, harrassment, & fraud by IL David ongoing) is ongoing everytime I have traveled through that area.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

4/2023 was the start but it has been ongoing

The relief I am asking for is to stop their stalking & harrassment & stop any medical staff violating my HIPPA & sharing my info without my consent.

Page 4 of 6

I also briefly had a FB acct, but I am locked out & it kept on showing me messages like living in Chicago, welcome to Chicago. I am sorry, but I have never lived in Chicago & would never move there. It is unaffordable & too expensive for me & unrealistic & not a safe place for me to live.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**C.    What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I went to their hospital with a migraine headache & during the time I was there I met a David & Marco. Since that hospital visit I have encountered a guy that looked like "Marco" at a Walgreens in Niagara Falls, NY. I also encountered a car that looked like Tom Rizzo (physical therapist) black Honda 2 door car at a hotel in San Antonio, TX drove by the front desk & came out a few minutes later & it smelled like wine in front of the hotel room door (12/2023). Needless to say I did not stay there. I have not traveled a whole lot through IL, but when I have I am repeatedly seeing a white Camaro & I thought that David told me that is what he drove. I

**IV.    Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Please see my relief Section response, but these staff have defamed me when I just had a migraine headache. I have since then been prescribed pills so I know longer have to go to ER for migraine relief.

have also repeatedly seen a vehicle with Utah plates & that's where he thinks his kids were with his ex-wife's sister. I am not sure if that is the ex-wife in that vehicle, but I need an order of protection against this

**V.    Relief** David & the ex-sister in law, ex, wife, Marco, all medical staff

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

from this hospital

I have also encountered possibly the same Toyota 4 Runner in IL, which could have been a hispanic male nurse vehicle & shortly after that visit 4/2023 when I left the area I saw IL tags that said Gigi & that was one of the nurses names. This has been ongoing for over 2 years. ~~_____~~ I want to press criminal charges of stalking over this because I feel threatened by people stalking me & I have a letter dated 2/16/2021 about ~~stalking~~ to relocate due to stalking. I need a ceast & desist order against the staff against their stalking/harrassment & any malicious actions.

Restraining order, against David & Marco also & their family members.

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/28/2025

Signature of Plaintiff    Valerie Flores

Printed Name of Plaintiff    Valerie Flores

### B.     For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____